IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:

Sheila Ann Mena,
    Debtor(s)

CASE NO. 25-43336
CHAPTER 7 CASE

Sheila Ann Mena,
    Plaintiff
v.

United States Department of Education,
    Defendant

ADV. CASE NO. 25-04120

## Settlement Status Report

Pursuant to the Court's Scheduling Order entered January 26, 2026, the Plaintiff, Sheila Ann Mena, by and through counsel, hereby submits the following report regarding the status of settlement discussions.

Plaintiff submitted an Attestation form and supporting documents to the United States Department of Education on January 23, 2026, and January 26, 2026, in accordance with the Department of Justice and Department of Education guidance governing evaluation of undue hardship claims. The Government has requested additional documents, and those documents remain outstanding.

From the Government's perspective, the Attestation review process is currently underway, and a determination regarding dischargeability remains pending. The parties understand that this administrative review process is a necessary predicate to meaningful settlement discussions under the applicable guidance framework.

At this time, the parties have engaged in preliminary discussions and are awaiting the outcome of the Attestation review before advancing substantive settlement negotiations. No agreement has been reached.  The parties remain open to settlement and anticipate that further discussions will be productive upon completion of the Government's evaluation of the Attestation.

The parties have complied with the Court's directive to confer regarding settlement. This report does not disclose the terms of any settlement offers, consistent with the Court's Scheduling Order.


Date: May 4, 2026

/s/ Joshua C. Peterson
Attorney ID 388165
4356 Nicollet Ave
Minneapolis, MN 55409
contacts@bankruptcytruth.com
(612) 824-4357
Attorneys for Plaintiff